**Electronically Filed
Supreme Court
SCWC-29820
22-JUL-2011
10:08 AM**

SCWC-29820

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GENA LOPRESTI GRANITO,
Respondent/Plaintiff-Appellee,

vs.

DINO KAIPO GRANITO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D No. 05-1-0855)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, J., for the court[1])

The Application for Writ of Certiorari filed on

June 9, 2011 by Petitioner/Defendant-Appellant Dino Kaipo Granito

is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 22, 2011.

FOR THE COURT:

/s/ Sabrina S. McKenna

Associate Justice



---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and McKenna JJ. and Circuit Judge Chan, in place of Rectenwald,C.J., recused.

R. Steven Geshell, for
petitioner/defendant-Appellant,
Dino Kaipo Granito